No. 58750.—Capitol Wine & Spirit Corp. et al. v. United States, protests 122841–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

No. 58751.—Gimbel Bros., Inc., et al. v. United States, protests 215068–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that certain items of the merchandise consist of china figures similar in all material respects to the figures passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

No. 58752.—Pacific Dry Goods Company v. United States, protests 199378–K, etc. (San Francisco).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the articles the subject of Abstract 57716, the claim of the plaintiff was sustained.

No. 58753.—Astoria Pan Americana, Inc., and J. J. Boll v. United States, protest 225964–K (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of ficin powder or *leche de oje en polvo* the same in all material respects as that the subject of *Astoria Pan-Americana, Inc.* v. *United States* (32 Cust. Ct. 243, C. D. 1608), the claim of the plaintiffs was sustained.